UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:21cr71 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2113(a) & (d) |
| | ) | 18 U.S.C. §§ 924(c)(1)(A) & (j) |
| JAMES ANTHONY KING, JR. | ) | 18 U.S.C. § 2 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 11, 2021, in the Northern District of Indiana,

**JAMES ANTHONY KING, JR.**,

defendant herein, did by force, violence and intimidation take from the person and presence of another, United States currency, belonging to and in the care, custody, control, management and possession of First Midwest Bank, located at 1975 W. Ridge Road, Gary, Lake County, Indiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense did assault and put in jeopardy the life of another person by the use of a dangerous weapon;

In violation of Title, 18 United States Code, Sections 2113(a) and (d), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about June 11, 2021, in the Northern District of Indiana,

**JAMES ANTHONY KING, JR.,**

defendant herein, did use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, which is the crime of armed bank robbery, as charged in Count 1 of this Indictment, and did possess a firearm in furtherance of such crime, and did brandish the firearm, and discharged the firearm, and in the course of this violation, defendant caused the death of Richard Castellana through the use of a firearm, such killing being murder as defined in Title 18, United States Code, § 1111, in that it was committed with malice aforethought, and unlawfully, willfully, deliberately, maliciously and with premeditation, and committed in the perpetration of a robbery;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and (j), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts One and Two of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any one of the offenses alleged in the Indictment, **JAMES ANTHONY KING, JR.**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property used and intended to be used, in any manner or part to commit or facilitate the commission of such offenses, and any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of

said violations.

A TRUE BILL

*/s/ Foreperson*
Foreperson

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By: */s/ Caitlin M. Padula*
Caitlin M. Padula
Assistant United States Attorney

By: */s/ Kevin F. Wolff*
Kevin F. Wolff
Assistant United States Attorney

By: */s/ David J. Nozick*
David J. Nozick
Assistant United States Attorney